PHILLIP A. TALBERT
United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HECTOR GOMEZ-RODRIGUEZ,<br><br>　　　　　　　　　　Defendant. | CASE NO. 1:19-CR-00161-DAD-BAM<br><br>STIPULATION TO SET CHANGE OF PLEA HEARING; ORDER<br><br>DATE: February 22, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

1.　The government, by and through United States Attorney Phillip A. Talbert and Assistant United States Attorney Katherine E. Schuh, and the defendant Hector Gomez-Rodriguez, by and through his counsel of record, James Homola, hereby stipulate as follows.

2.　The parties have reached a plea agreement in this case.

3.　The parties ask that the matter as to defendant Hector Gomez-Rodriguez be set for a change of plea before the Honorable Dale A. Drozd on February 22, 2022 at 9:00 AM.

\\\

\\\

\\\

\\\

\\\

1

   IT IS SO STIPULATED.

Dated:  February 8, 2022                           PHILLIP A. TALBERT
                                                   United States Attorney


                                                   /s/ Katherine E. Schuh
                                                   KATHERINE E. SCHUH
                                                   Assistant United States Attorney


Dated:  February 8, 2022                           /s/ James Homola
                                                   JAMES HOMOLA
                                                   Counsel for Defendant
                                                   Hector Gomez-Rodriguez


**ORDER**

IT IS SO ORDERED.

   Dated:  __**February 9, 2022**__         _____
                                            UNITED STATES DISTRICT JUDGE

2